# UNITED STATES DISTRICT COURT
### District of Maine

| | | |
|---|---|---|
| JONATHAN AFANADOR,<br>　　　　　Plaintiff<br><br>v.<br><br>KENNEBEC COUNTY and NATHAN WILLHOITE,<br>　　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) | Docket No. 1:20-cv-00235-JDL |

## **STIPULATION OF DISMISSAL**

NOW COME the parties, through counsel, and hereby stipulate that the above-captioned matter may be dismissed, with prejudice, and without costs, interest, or attorneys fees to any party.


Dated:　April 7, 2021　　　　　　　　　　　　　/s/   Matthew D. Morgan
　　　　　　　　　　　　　　　　　　　　　　　Matthew D. Morgan, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　McKee Law
　　　　　　　　　　　　　　　　　　　　　　　133 State Street
　　　　　　　　　　　　　　　　　　　　　　　Augusta, ME   04330


Dated:　April 7, 2021　　　　　　　　　　　　　/s/   Peter T. Marchesi
　　　　　　　　　　　　　　　　　　　　　　　Peter T. Marchesi, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Wheeler & Arey, P.A.
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Kennebec County
　　　　　　　　　　　　　　　　　　　　　　　27 Temple Street
　　　　　　　　　　　　　　　　　　　　　　　Waterville, ME   04901


Dated:　April 7, 2021　　　　　　　　　　　　　/s/   John J. Wall, III
　　　　　　　　　　　　　　　　　　　　　　　John J. Wall, III, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Monaghan, Leahy
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Willhoite
　　　　　　　　　　　　　　　　　　　　　　　95 Exchange Street, P.O. Box 7046
　　　　　　　　　　　　　　　　　　　　　　　Portland, ME 04112-7046

UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| JONATHAN AFANADOR,<br>        Plaintiff<br><br>v.<br><br>KENNEBEC COUNTY and NATHAN WILLHOITE,<br>        Defendants | Docket No. 1:20-cv-00235-JDL |

## CERTIFICATE OF SERVICE

I, Peter T. Marchesi, hereby certify that:

- Stipulation of Dismissal

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Matthew D. Morgan, Esq.  *mmorgan@mckeelawmaine.com*
John Wall, III, Esq.  *jwall@monaghanleahy.com*

Dated:  April 7, 2021

   /s/   Peter T. Marchesi
Peter T. Marchesi, Esq.
Wheeler & Arey, P.A.
Attorneys for Defendant Kennebec County
27 Temple Street
Waterville, ME   04901